IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HYUNDAI MOTOR AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| vs. | ) | |
| | ) | (Removed from the Court of Common |
| KNIGHT MOTORS, LP, a | ) | Pleas of Allegheny County, |
| Pennsylvania corporation; DOMAN | ) | Pennsylvania, Docket No. GD-19- |
| AUTO AND MARINE SALES, INC., | ) | 011882) |
| a Pennsylvania corporation; | ) | |
| CHRISTOPHER D. PANTELIS, an | ) | |
| individual, | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants, Christopher D. Pantelis, Knight Motors, L.P., and Doman Auto and Marine Sales, Inc., ("Defendants") by and through its undersigned counsel, hereby removes this action from the Court of Common Pleas of Allegheny County, Pennsylvania, pursuant to 28 U.S.C. § 1331, 1332, 1441 and 1446. In support thereof, Defendants' state the following:

1. On August 22, 2019, Plaintiff, Hyundai Motor America, filed a Complaint in Civil Action in the Court of Common Pleas of Allegheny County, Pennsylvania, at Docket No. GD-19-011882.

2. This Notice of Removal has been filed within 30 days after Plaintiff served Defendant with the Complaint. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

3. All Defendants consent to the removal of this action.

1

4. Copies of all process, pleadings, and orders served upon Defendants in the Court of Common Pleas of Allegheny County, Pennsylvania, are attached to this Notice of Removal as Exhibit "A," as required by 28 U.S.C. § 1446(a).

5. Plaintiff Hyundai Motor America is a California corporation with headquarters in Fountain Valley, California.

6. Knight Motors, LP ("Knight Motors"), an auto dealership, is a Pennsylvania corporation with its principal business operations at 1470 W. Liberty Avenue, Pittsburgh, Pennsylvania. Knight Motors is operated by its principal Christopher D. Pantelis.

7. Doman Auto and Marine Sales, Inc. ("Doman Auto"), also an auto dealership, is a Pennsylvania corporation with its principal business operations at 1308 Edgebrook Avenue, Pittsburgh, Pennsylvania. Christopher D. Pantelis ("Mr. Pantelis) is listed as the Doman Auto's corporate secretary with the Pennsylvania Department of State.

8. Mr. Pantelis is an adult individual and resident of Allegheny County, Pennsylvania.

9. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), in that it arises under diversity jurisdiction and the amount in controversy exceeds $75,000.

10. Written Notice of Removal of this action is being immediately provided to the Court of Common Pleas of Allegheny County, Pennsylvania in accordance with 28 U.S.C. §1446(d). *See* Exhibit "B" attached hereto.

11. A copy of this Notice is also being served upon Plaintiff as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants give notice that this action is removed from the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

<u>Date: September 20, 2019</u>

By: */s/ Jason A. Archinaco*
Jason A. Archinaco
PA ID 76691
Michael A. O'Leary
PA ID 316049
The Archinaco Firm, LLC
The Pennsylvanian, Suite C6
1100 Liberty Avenue
Pittsburgh, PA 15222
(412) 434-0555
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I, Jason A. Archinaco, hereby certify that I have served a true and correct copy of the foregoing **NOTICE OF REMOVAL,** to and upon the following via email and U.S. First Class Mail, postage prepaid, on this 20th day of September, 2019:

Clem C. Trischler, Esquire
John A. Schwab, Esquire
Jennifer H. Bouriat, Esquire
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA  15219
*(Counsel for Plaintiffs)*


THE ARCHINACO FIRM LLC


*/s/ Jason A. Archinaco*
Jason A. Archinaco