IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HYUNDAI MOTOR AMERICA, | : | |
| | : | No.: 2:19-cv-01203 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KNIGHT MOTORS, LP, a Pennsylvania corporation; DOMAN AUTO AND MARINE SALES, INC., a Pennsylvania corporation; CHRISTOPHER D. PANTELIS, an individual; | : : : : : | |
| Defendants. | : | |

**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Hyundai Motor America hereby dismisses its Complaint without prejudice.

                                        Respectfully submitted,

                                        PIETRAGALLO GORDON ALFANO
                                           BOSICK & RASPANTI, LLP

By:      */s/ John A. Schwab*
           CLEM C. TRISCHLER, ESQUIRE
           JOHN A. SCHWAB, ESQUIRE
           JENNIFER H. BOURIAT, ESQUIRE
           *Counsel for Hyundai Motor America*

#4983797